UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**FULTON Q. GRIFFITH,** *pro se*,

    **Plaintiff,**

v.                                            **CASE NO:  8:10-CV-2676-T-30MAP**

**CHARLES HOLLOWAY, Attorney at Law,**

    **Defendant.**

_____/

## ORDER OF DISMISSAL

Plaintiff has failed to show cause, in writing, why this action should not be dismissed for failure to prosecute pursuant to Local Rule 3.10(a), for failure to effectuate timely service of process, and for failure to pay the required filing fee, in accordance with this Court's Order to Show Cause (Dkt. #4) entered on April 14, 2011.  It is therefore

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on May 9, 2011.

                                                                JAMES S. MOODY, JR.
                                                                UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
Counsel/Parties of Record

*F:\Docs\2010\10-cv-2676.dismissal.wpd*